# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT DRYE, et al., | Case No. 2:23-cv-00943-RFB-NJK |
| Plaintiffs, | **Order** |
| v. | |
| GLATFELTER CLAIMS MANAGEMENT, INC., et al., | |
| Defendants. | |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant Glatfelter Claims Management, Inc.'s certificate of interested parties fails to identify any party or entity's citizenship attributed to it. *See* Docket No. 2.

Accordingly, Defendant Glatfelter Claims Management, Inc. must file an amended certificate of interested parties by June 28, 2023, fully identifying the citizenship of any party or entity attributed to it.

IT IS SO ORDERED.

Dated: June 21, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1]    This federal rule became effective on December 1, 2022.