UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT DRYE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GLATFELTER CLAIMS MANAGEMENT, INC., et al.,<br><br>    Defendants. | Case No. 2:23-cv-00943-RFB-NJK<br><br>**Order** |

    This case has been removed on diversity grounds. *See* Docket No. 1.

    To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiffs' certificate of interested parties fails to identify any party or entity's citizenship attributed to them. *See* Docket No. 5.

    Accordingly, Plaintiffs must file an amended certificate of interested parties by June 29, 2023, fully identifying the citizenship of any party or entity attributed to them.

    IT IS SO ORDERED.

Dated: June 22, 2023

                                                                                                         Nancy J. Koppe<br>
                                                                                                    United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1