Ryan T. Gormley, Esq.
Nevada Bar No. 13494
*rgormley@wwhgd.com*
Marjan Hajimirzaee, Esq.
Nevada Bar No. 11984
*mhajimirzaee@wwhgd.com*
Trisha R. Delos Santos, Esq.
Nevada Bar No. 15902
*tdelossantos@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone:  (702) 938-3838

*Attorneys for Defendant*
*Glatfelter Claims Management, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT DRYE, individually and as the Special Administrator of the Estate of Jacqueline Drye, as assignees of Leonard Joseph N. Mateo,<br><br>　　　　　Plaintiffs,<br>　vs.<br>GLATFELTER CLAIMS MANAGEMENT, INC., a Delaware company; AMERICAN ALTERNATIVE INSURANCE CORPORATION, a Delaware company; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-00943-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 42 |

Defendant Glatfelter Claims Management, Inc. ("Glatfelter"), Defendant American Alternative Insurance Corporation ("AAIC"), and Plaintiffs Robert Drye, individually and as the Special Administrator of the Estate of Jacqueline Drye, as assignees of Leonard Joseph N. Mateo ("Plaintiffs"), by and through their undersigned counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41, that the above-captioned action and any and all claims asserted in said action are hereby DISMISSED WITH PREJUDICE. Each party to bear its own costs, fees, and expenses.

IT IS SO STIPULATED.

Respectfully Submitted: March 13th, 2025.

| | |
|---|---|
| /s/ Ryan T. Gormley | /s/ Cara Xidis |
| Ryan T. Gormley, Esq. | Cara Xidis, Esq. |
| WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC | H&P LAW |
| *Attorneys for Defendant Glatfelter Claims Management, Inc.* | *Attorneys for Defendant Glatfelter Claims Management, Inc.* |

/s/ Dylan Todd
Dylan Todd, Esq.
CLYDE & CO LLP
*Attorneys for Defendant
American Alternative Insurance Corporation*

## ORDER

Based on the parties' stipulation **[ECF No. 42]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 19, 2025